Argued and submitted January 30, affirmed February 22, petition for review allowed
May 23, 1995 (321 Or 246)

STATE OF OREGON,
*Respondent,*

*v.*

K. P.,
*Appellant.*

(D902635M; CA A84028)

889 P2d 1370

Mark Blackman argued the cause for appellant. With him on the brief were Ransom, Blackman & Weil, Henry J. Kaplan and Bennett & Hartman.

Stephanie S. Andrus, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Richardson, Chief Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Smith,* 117 Or App 320, 843 P2d 1015 (1992), *rev den* 315 Or 644 (1993).